FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 23-53173-MNK | Trustee Name: | Clyde C. Hardesty |
|---|---|---|---|
| Case Name: | RAGER, JOSHUA O. | Date Filed (f) or Converted (c): | 09/14/2023 (f) |
| For the Period Ending: | 11/14/2023 | §341(a) Meeting Date: | 10/13/2023 |
| | | Claims Bar Date: | 01/17/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2006 Honda Pathfinder Mileage: 217235 Other Information: Condition:Poor; | $319.00 | $0.00 | | $0.00 | FA |
| 2 | Electronics | $400.00 | $0.00 | | $0.00 | FA |
| 3 | Household Goods & Furnishings | $600.00 | $0.00 | | $0.00 | FA |
| 4 | Clothing | $300.00 | $0.00 | | $0.00 | FA |
| 5 | Jewelry | $5.00 | $0.00 | | $0.00 | FA |
| 6 | 2 cats | $5.00 | $0.00 | | $0.00 | FA |
| 7 | Cash | $5.00 | $0.00 | | $0.00 | FA |
| 8 | Chase | $20.00 | $0.00 | | $0.00 | FA |
| 9 | Chase | $5.00 | $0.00 | | $0.00 | FA |
| 10 | Newport Legal Group payments of $370.00 per month, 11/2020 until 01/23 | $9,641.84 | $5,045.69 | | $0.00 | $5,045.69 |
| Asset Notes: | Trustee value pursuant to Court Order (Doc. 18). To be paid within 10 days of Court Order. | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $11,300.84 | $5,045.69 | | $0.00 | $5,045.69 |

Initial Projected Date Of Final Report (TFR): 03/15/2024    Current Projected Date Of Final Report (TFR):

/s/ CLYDE C. HARDESTY
CLYDE C. HARDESTY